IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02261-WYD-MJW

JERRY V. RIGGINS,

Plaintiff(s),

v.

CITY OF LOUISVILLE, LOUISVILLE POLICE DEPARTMENT,

Defendant(s).

---

ORDER REGARDING
DEFENDANTS BRUCE GOODMAN, JULIE BOYD, AND WILLIAM SIMMONS' MOTION
TO STAY OF DISCOVERY PENDING RESOLUTION OF QUALIFIED IMMUNITY
DEFENSE (DOCKET NO. 19)

---

This matter is before the court on Defendants Bruce Goodman, Julie Boyd, and

William Simmons' Motion for Stay of Discovery Pending Resolution of Qualified Immunity

Defense (docket no. 19).  The court has reviewed the motion, response (docket no. 22)

and reply (docket no. 27).  In addition, the court has taken judicial notice of the court's file

and has considered Federal Rules of Civil Procedure and case law.  The court now being

fully informed makes the following findings of fact, conclusions of law and order.

FINDINGS OF FACT AND CONCLUSIONS OF LAW

This court finds that discovery should be stayed until the issue of qualified immunity

is determined.  In this case, discovery is not required by this court in order to determine

whether the individual defendants are entitled to qualified immunity on the procedural due

process claim since the qualified immunity issue only requires an inquiry into whether a

reasonable person in the position of the individual defendants would believe that the City's

three step pre-termination appeal process, or their involvement therein, violated Plaintiff's

constitutional rights or clearly established law.  Anderson v. Creighton, 483 U.S. 635

(1987); Harlow v. Fitzgerald, 457 U.S. 800, 818 (1982); and Pueblo Neighborhood Health

Centers, Inc. v. Losavio, 847 F.2d 642, 646 (10th Cir. 1988).

ORDER

WHEREFORE, based upon these findings of fact and conclusions of law, this court

ORDERS:

1.    That Defendants Bruce Goodman, Julie Boyd, and William Simmons'

Motion for Stay of Discovery Pending Resolution of Qualified

Immunity Defense (docket no. 19) is GRANTED;

2.    That all discovery is STAYED until further Order of Court as to all

parties;

3.    That each party shall pay their own attorney fees and costs for this

motion; and,

4.    That the parties shall file a written status report on the first day of

each month beginning June 1, 2007.  The written status report shall

update this court on the status of the motion for summary judgment

(docket no. 18).

Done this 7th day of May 2007.

BY THE COURT

s/ Michael J. Watanabe
Michael J. Watanabe
U.S. Magistrate Judge