IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-02261-WYD-MJW

JERRY V. RIGGINS,

Plaintiff,

v.

CITY OF LOUISVILLE,
LOUISVILLE POLICE DEPARTMENT,
BRUCE GOODMAN,
JULIE BOYD, and
WILLIAM A. SIMMONS,

Defendants.

---

## ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER
( Docket no. 38 )

---

The Court has read and considered the Stipulated Motion to Modify the Scheduling Order filed by the Parties. The Court recognizes that all discovery is currently stayed pending resolution of a Motion for Summary Judgment by the individual defendants based on qualified immunity. The Court agrees that an extension of the expert and discovery deadlines is necessary to prevent undue prejudice to the Parties pending resolution of the individual defendants' Motion for Summary Judgment. The deadlines in Section 7 of the Scheduling Order are amended as follows:

    b.    Discovery Cut-Off:    September 21, 2007

    d.    Expert Disclosures

        (3) Affirmative Expert Disclosures:    July 2, 2007

        (4) Rebuttal Expert Disclosures:    August 1, 2007

f - h.   Written discovery to be Served:          August 21, 2007

The Court will address further extensions as necessary pending resolution of the individual defendants' Motion for Summary Judgment.

So ORDERED this 30th day of May, 2007.

_____
MAGISTRATE JUDGE MICHAEL J. WATANABE