IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02261-WYD-MJW

JERRY V. RIGGINS,

Plaintiff(s),

v.

CITY OF LOUISVILLE, LOUISVILLE POLICE DEPARTMENT,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that Stipulated Motion to Stay Deadlines in Scheduling Order (docket no. 44) is GRANTED.  All deadlines are STAYED in the Scheduling Order pending ruling by Judge Daniel on the Defendants' Motion for Summary Judgment (docket no. 18).  The parties shall submit a written status report regarding such summary judgment motion on or before August 1, 2007.

Date: July 9, 2007