IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02261-WYD-MJW

JERRY V. RIGGINS,

    Plaintiff,

v.

CITY OF LOUISVILLE, LOUISVILLE POLICE DEPARTMENT, BRUCE GOODMAN, JULIE BOYD AND WILLIAM A. SIMMONS,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendants' Motion to Strike Cross-Motion for Partial Summary Judgment or to Stay Briefing on the Same Pending Resolution of the Qualified Immunity Defense (filed August 20, 2007) is **DENIED.**  There is nothing improper with the filing of Plaintiff's Cross-Motion for Partial Summary Judgment.  While discovery is properly stayed pending resolution of the qualified immunity defense, this does not mean that Plaintiff is precluded from filing a dispositive motion that may impact the issue.

    I further decline to stay briefing on Plaintiff's Cross-Motion for Partial Summary Judgment.  Defendants shall respond to Plaintiff's motion on or before Monday, September 17, 2007.  Plaintiff shall file a reply on or before Friday, September 28, 2007.  I note, however, that in ruling on the pending motions the defense of qualified immunity will be addressed first and on an expedited basis.

    Dated:  August 27, 2007