IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02261-WYD-MJW

JERRY V. RIGGINS,

Plaintiff(s),

v.

CITY OF LOUISVILLE, LOUISVILLE POLICE DEPARTMENT,

Defendant(s).

---

## MINUTE ORDER

---

It is hereby ORDERED that Plaintiff's D.C.COLO.LCivR 30.2(B) Motion for Stay Pending Fed. R. Civ. P. 72(a) Objection to Magistrate Judge's May 29, 2008 Order Granting Defendants' Motion for Protective Order (docket no. 82) is DENIED. If Judge Daniel, following his Fed. R. Civ. P. 72(a) review, reverses Magistrate Judge Watanabe's May 29 2008 Order Granting Defendants' Motion for Protective Order then Plaintiff may seek relief from Judge Daniel for return of the subject (disputed) documents.

Date: June 11, 2008