IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02261-WYD-MJW

JERRY V. RIGGINS,

    Plaintiff,

v.

CITY OF LOUISVILLE, LOUISVILLE POLICE DEPARTMENT, BRUCE GOODMAN, JULIE BOYD AND WILLIAM A. SIMMONS,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendants' Unopposed Motion for Leave to File Response to Plaintiff's Fed.R.Civ.P. 72(a) Objection to Magistrate Judge's May 28, 2008 Order (filed June 24, 2008) is **GRANTED**. Defendants' Response to Plaintiff's FED.R.CIV.P. 72(a) Objection to Magistrate Judge's May 28, 2008 Order as filed on June 24, 2008 is accepted for filing.

    Dated: June 24, 2008